■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BOWNE, Appellant.— Judgment of the County Court, Dutchess County, rendered October 26, 1971, affirmed (CPL 470.05, subd. 1). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CAMPAGNE, Appellant. — In a *coram nobis* proceeding, defendant appeals (1) from an order of the Supreme Court, Kings County, dated October 5, 1970, and (2) as limited by his brief, from so much of a further order of the same court, entered January 25, 1971, as, on reargument, adhered to the original decision. Order entered January 25, 1971 affirmed insofar as appealed from. No opinion. Appeal from order dated October 5, 1970 dismissed as academic. That order was superseded by the order entered January 25, 1971. Hopkins, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH GUILIANO, Also Known as JOHN JOSEPH GIULIANO; PETER ANTHONY GUILIANO, Also Known as PETER ANTHONY GIULIANO; and PHYLLIS GUILIANO, Also Known as PHYLLIS GIULIANO, Appellants.— Three judgments (one as to each defendant) of the County Court, Suffolk County, rendered September 14, 1971, affirmed (*United States* v. *Harris,* 403 U. S. 573; *People* v. *Horton,* 32 A D 2d 707, 708). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN JOHNSON, Appellant.— Judgment of the Supreme Court, Queens County, rendered December 20, 1971, affirmed. (*People* v. *Crafton,* 38 A D 2d 833, affd. 31 N Y 2d 828.) Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY VALENTI, Appellant.— Order of the Supreme Court, Kings County, entered June 28, 1971, affirmed (cf. *People* v. *Bennett,* 30 N Y 2d 283; *People* v. *Gonzalez,* 27 N Y 2d 53). Hopkins, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND WOOD, Appellant.— Judgment of the County Court, Dutchess County, rendered September 9, 1970, affirmed (*People* v. *Wood,* 38 A D 2d 690). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.